# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2015

## NO. 03-13-00092-CR

**Howard Thomas Douglas, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BOURLAND AND ABOUSSIE*
## AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

This is an appeal from the judgment entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).